UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

IN RE GUST KEPREOS and LINDA KEPREOS,

Debtors.

NO. 05-21669-C-7
NO. MC S-05-0422 WBS

ORDER RE: MOTION TO FILE IN FORMA PAUPERIS

KIMBERLY R. OLSON,

Movant.

----oo0oo----

Kimberly Olson moves the court for an order permitting her to file her Objection to Discharge and Adversarial Complaint without requiring her to pay the $250 filing fee. (See Bankruptcy Court Miscellaneous Fee Schedule, available at http://www.caeb.uscourts.gov/data/formpubs/EDC.002-034.pdf). She has filed a declaration that states "I am without income other than SSI, which provides me $730.00 per month." (Supp. Olson Decl. ¶ 2). She also states that she has approximately $85.00 in a bank account, a personal computer worth $400, and personal effects worth no more than $300. (Id. ¶¶ 6, 7, 9). She has no other assets. (Id. ¶¶ 8, 9). She further states she cannot

afford to pay the filing fee, (id. ¶ 3), and states her belief that she is entitled to relief. (Olson Decl. ¶¶ 3, 4) (stating that the Kepreoses "committed numerous and willful torts against me").

This declaration is sufficient under 28 U.S.C. § 1915(a)(1), which reads:

> Subject to subsection (b) [applying to prisoners only], any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner [sic] possesses [and] that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.

IT IS THEREFORE ORDERED that movant's motion to proceed in forma pauperis be, and the same hereby is, GRANTED.

DATED: October 3, 2005

William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE